# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1432
_____

HLG Farms II, LLC

*Plaintiff - Appellee*

v.

City of Hamburg, an Iowa Municipal Corporation

*Defendant - Appellant*

John Does, 1-10

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: October 5, 2015
Filed: October 22, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

The City of Hamburg, Iowa (Hamburg) appeals the district court's[1] enforcement of a settlement agreement between Hamburg and HLG Farms II, LLC. After carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Transcon. Ins. Co. v. Rainwater Constr. Co., LLC, 509 F.3d 454, 456 (8th Cir. 2007) (de novo review of district court interpretation of settlement agreement). Accordingly, we affirm. See 8th Cir. Rule 47B.

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).